THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*People* v. *N. Y. C. & H. R. R. R. Co.*, 146 App. Div. 904, affirmed,
(Argued January 11, 1912; decided January 30, 1912.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 21, 1911, which affirmed an

order of Special Term denying a motion for the vacation of an order for the examination of witnesses before trial.

The following question was certified: "Whether, under the circumstances disclosed by the record in this case, the judge who granted the order for examination had the power to order the witnesses named to submit to the examination sought."

*Martin E. McClary* for appellant.

*Thomas Carmody, Attorney-General* (*Benjamin McClung* and *John T. Norton* of counsel), for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.